In the Matter of the Estate of JOHN TAYLOR, Deceased. GEORGE E. HOWELL et al., Appellants; OLIVE A. REED et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

In the Matter of DAVID D. PARKHURST.— Appeal dismissed, without costs, upon stipulation.

ARLENE WIGHT, Appellant, v. SYRACUSE TRANSIT CORPORATION, Respondent.— Appeal dismissed, without costs, upon stipulation.

SHERYL AYLESWORTH, an Infant, by ARLENE WIGHT, Her Guardian ad Litem, Appellant, v. SYRACUSE TRANSIT CORPORATION, Respondent.— Appeal dismissed, without costs, upon stipulation.

ETTNA SEELEY, Appellant, v. VALENTINE HEID, Respondent.— Appeal dismissed, without costs, upon stipulation.

HANNAH SEELEY, Appellant, v. VALENTINE HEID, Respondent.— Appeal dismissed, without costs, upon stipulation.

ROBERT WIGHT, Appellant, v. SYRACUSE TRANSIT CORPORATION, Respondent.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL JENKINS, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS SAIA, Appellant.— Appeal dismissed, without costs, upon stipulation.

CARMELLA RIZZO, Plaintiff, v. SEARS ROEBUCK & COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT METZ, Appellant.— Appeal dismissed, without costs, upon stipulation.

G. HARRISON FILKINS et al., Respondents, v. RICHFIELD OIL CORPORATION OF NEW YORK, Appellant.— Order of substitution entered.

In the Matter of the Accounting of LEONA S. HOWLETT, as Executrix of HAROLD A. HOWLETT, Deceased, Respondent. S. J. REYNOLDS, Appellant.— Order of substitution entered.